NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARQUISE HAYNE aka MARQUIS
CORDERO LUMPKIN,`            )
                            )
                            )
          Appellant,         )
                            )
v.                          )          Case No. 2D20-345
                            )
STATE OF FLORIDA,            )
                            )
          Appellee.          )
_____ )

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Marquise Haynes, pro se.


PER CURIAM.


          Affirmed.


NORTHCUTT, BLACK, and SMITH, JJ., Concur.